No. 89–231. SHEARSON LEHMAN/AMERICAN EXPRESS INC. ET AL. v. BIRD, INDIVIDUALLY AND AS TRUSTEE OF THE FRANK L. BIRD PROFIT SHARING TRUST, ET AL. C. A. 2d Cir. Motion

of Securities Industry Association et al. for leave to file a brief as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rodriguez de Quijas* v. *Shearson/American Express, Inc.*, 490 U. S. 477 (1989). JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS dissent.